UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

PAUL A. SCHMITT MUSIC COMPANY,

        Defendant.
---------------------------------------- x

No.: 1:21-cv-3067

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, PAUL A. SCHMITT MUSIC COMPANY, with prejudice and without fees and costs.

Dated: New York, New York
       July 13, 2021

                                  **GOTTLIEB & ASSOCIATES**

                                  /s/Michael A. LaBollita, Esq.

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge
Ronnie Abrams
July 14, 2021